UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

JOHNSON OUTDOORS, INC.,

    Plaintiff,

    v.                                         Case No. 05-C-0522

GENERAL STAR INDEMNITY COMPANY,

    Defendant,

FEDERAL INSURANCE COMPANY,

    Intervenor-Plaintiff,

    v.

JOHNSON OUTDOORS, INC.

    Intervenor-Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND FOR ORDER TO DETERMINE SUFFICIENCY OF RESPONSES WITHOUT PREJUDICE (DOC. # 134)

After further consideration of the court's order of January 19, 2011, appointing Special Master Neal P. Nettesheim to adjudicate all pending and future discovery disputes in this matter,

IT IS ORDERED that plaintiff, Johnson Outdoors, Inc.'s Motion to Determine Sufficiency of Responses and to Compel Discovery is terminated, without prejudice. On or before April 5, 2011, the parties shall advise the Special Master of any ongoing discovery disputes that require resolution.

Following the parties' submission, the Special Master shall proceed with all reasonable diligence in resolving those matters, in accordance with Federal Rule of Civil Procedure 53(b)(2), and issue a decision within 30 days after receipt of any additional

filings or briefing he may deem appropriate. The Special Master shall enjoy authority consistent with the authority contained in Rule 53(c), including authority to impose noncontempt sanctions on the parties for failure to cooperate, and recommend a contempt action against a party and sanctions against a nonparty. The Special Master shall also maintain and preserve accurate records of his activities in this case.

All motions by the parties, and orders or reports by the Special Master shall be filed consistent with this court's electronic filing policies and procedures. Any party seeking review of any ruling of the Special Master shall comply with the procedures and within the time limits specified in Fed. R. Civ. P. 53(f). The court will review such matters consistent with the rule.

Dated at Milwaukee, Wisconsin, this 31st day of March, 2011.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE